**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6935**

———————

WILLIAM D. MOORE,

                    Plaintiff - Appellant,

          v.

JOHN CROW, Administrator, Lincoln Correctional Center; RANDY
S. MULL, Disciplinary Hearing Officer; KAREN LOPOUS, Food
Service; ROGER PATTERSON, Regional Director,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Frank D. Whitney,
Chief District Judge.  (5:14-cv-00015-FDW)

———————

Submitted:  November 20, 2014      Decided:  November 25, 2014

———————

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

William D. Moore, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William D. Moore appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Moore v. Crow, No. 5:14-cv-00015-FDW. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED